IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 12-20032 JKF |
| PDS HOTSPOT CORP., | ) |
| | ) |
| Debtor, | ) Chapter 7 |
| | ) |
| _____ | ) |
| | ) |
| MICHAEL J. HUDOCK, III, ESQUIRE, | ) Document No. |
| | ) |
| Interested Party, | ) |
| | ) Related to: Docket No. 473 |
| vs. | ) |
| | ) |
| PRASAD BANDHU (& Companies) | ) Hearing Date & Time: |
| | ) October 23, 2018 at 10:00 AM |
| Respondent. | ) |

**MICHAEL J. HUDOCK, III, ESQUIRE'S RESPONSE TO
EMERGENCY MOTION TO STAY THE TRUSTEE'S FINAL REPORT AND ACCOUNT AND
PROPOSED ORDER OF DISTRIBUTION, THE APPLICATION FOR TRUSTEE'S COMPENSATION
AND EXPENSES, THE APPLICATION FOR TRUSTEE'S COUNSEL FOR ALLOWANCE OF FINAL
COMPENSATION AND EXPENSES**

AND NOW, comes Michael J. Hudock, III, Esquire, ("Attorney Hudock"), Interested Party, and files the within Response to Emergency Motion to Stay Trustee's Final Report and Account and Proposed Order of Distribution, The Application for Trustee's Compensation and Expenses, The Application for Trustee's Counsel for Allowance of Final Compensation and Expenses, ("Emergency Motion"), filed at Docket No. 473:

1. Attorney Hudock, with the consent of Lisa M. Swope, Esquire, Trustee of the Bankruptcy Estate of PDS Hotspot Corp., hereby joins in and adopts the Response of the Trustee to the Emergency Motion, as contained and set forth in the Trustee's said Response filed at Docket #485 in this matter, all of which averments and arguments are incorporated herein by reference thereto.

2. Attorney Hudock, with the consent of Keri P. Ebeck, Esquire, Counsel for Rosemary C. Crawford, ("Crawford"), Interested Party, hereby joins in and adopts the Response of Crawford to the Emergency Motion, as contained and set forth in Crawford's said Response filed at Docket #486 in this matter, all of which averments and arguments are incorporated herein by reference thereto.

WHEREFORE, Attorney Hudock respectfully requests that this Court deny Prasad Bandhu's Emergency Motion to Stay Trustee's Final Report and Account and Proposed Order of Distribution, The Application for Trustee's Compensation and Expenses, The Application for Trustee's Counsel for Allowance of Final Compensation and Expenses.

Dated: October 22, 2018

/s/ Michael J. Hudock, III, Esquire
Michael J. Hudock, III, Esquire
PA ID # 49996
12 Huston Road
Oakmont, PA 15139
(412) 828 – 0459
michaelhudock@comcast.net